MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
NATHAN D. CARDOZO (SBN #259097)
nathan.cardozo@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its
Division, ETHICON WOMEN'S HEALTH &
UROLOGY, and erroneously sued as GYNECARE,
INC.); and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANE McIRVIN, an individual; and ALICE GALE WILSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GYNECARE, INC., a California corporation; ETHICON, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation; and DOE MANUFACTURES ONE through ONE HUNDRED,<br><br>Defendants. | Case No. CV 11-00697 PJH<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING DEFENDANTS' MOTION TO SEVER UNDER RULE 21 AND TRANSFER UNDER 28 U.S.C. § 1406(a) OR, IN THE ALTERNATIVE, 28 U.S.C. § 1404(a)**<br><br>Date:    April 6, 2011<br>Time:    9:00 a.m.<br>Place:   Courtroom 3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Complaint Filed:<br>Trial Date:           Not set |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' MOTION TO
SEVER AND TRANSFER
SF01/ 736722.1

CASE NO. CV 11-00697 PJH

~~On April 6, 2011, Defendants Ethicon, Inc. (on its own behalf and behalf of its division, Ethicon Women's Health & Urology erroneously sued as Gynecare, Inc.) and Johnson & Johnson's (collectively "Defendants") Motion To Sever Under Rule 21 and Transfer Under 28 U.S.C. § 1406(a) Or, In The Alternative, 28 U.S.C. § 1404(a) came for hearing before this Court. All parties were given notice and an opportunity to be heard, and each party was represented at the hearing by its counsel of record.~~ Having reviewed all of the papers and evidence filed in support of and in opposition to Defendants' Motion and for good cause shown:

**IT IS HEREBY ORDERED THAT** Defendants' Motion is **GRANTED**.

Rule 20(a) permits joinder only where plaintiffs assert claims "arising out of the same transaction, occurrence, or series of transactions or occurrences; and any question of law or fact common to all those persons will arise in the action." Fed. R. Civ. P. 20(a). Plaintiffs Diane McIrvin and Alice Gale Wilson have been impermissibly joined and are therefore severed pursuant to Federal Rule of Civil Procedure, Rule 21.

Further, 28 U.S.C. § 1406(a) provides that a district court must dismiss or, if in the interests of justice, transfer a case laying venue in the wrong district. 28 U.S.C. § 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

Transfer of the claims of Diane McIrvin Alice Gale Wilson is appropriate because: (1) venue is not proper in the Northern District of California and the plaintiffs could not have brought this action here; (2) venue is proper in plaintiffs' home districts; (3) Diane McIrvin resides in the Southern District of California and Alice Gale Wilson resides in Northern District of Indiana; (4) critical witnesses and documents are located in each plaintiff's home district; and (5) each plaintiff's home district is more likely to be familiar with the applicable substantive law of this action.

Plaintiff Diane McIrvin is **HEREBY SEVERED** and the resulting action is **HEREBY TRANSFERRED** to the United States District Court for the Southern District of California.

Plaintiff Alice Gale Wilson is **HEREBY SEVERED** and the resulting action is

ORDER GRANTING DEFENDANTS' MOTION TO SEVER AND TRANSFER
SF01/ 736722.1
- 2 -
CASE NO. CV 11-00697 PJH

1 **HEREBY TRANSFERRED** to the United States District Court for the Northern District of

2 Indiana. THE APRIL 6, 2011 HEARING DATE IS VACATED.

3     **IT IS SO ORDERED.**

4 Dated: 4/4/11                 BY THE COURT

Honorable Phyllis J. Hamilton
United States ~~Magistrate Judge~~

IT IS SO ORDERED
Judge Phyllis J. Hamilton

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' MOTION TO SEVER AND TRANSFER
SF01/ 736722.1

- 3 -

CASE NO. CV 11-00697 PJH